In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-25-00004-CR
_____

JERRY RAY TAYLOR JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 5
Montgomery County, Texas
Trial Cause No. 24-383237-CR

MEMORANDUM OPINION

Jerry Ray Taylor Jr., Appellant, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.2(a). The motion is signed personally by the Appellant. Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on August 26, 2025
Opinion Delivered August 27, 2025
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.